Ronald G. Lomelino, Plaintiff-Appellee, v. Robert Ostermeier, Defendant-Appellant.
Robert Ostermeier, Jr., a Minor, by Robert Ostermeier, Sr., His Father and Next Friend, Counter Plaintiff-Appellant, v. Ronald G. Lomelino, Counter Defendant-Appellee.
Martha O. Ostermeier, Counter Plaintiff-Appellant, v. Ronald G. Lomelino, Counter Defendant-Appellee.

Gen. No. 10,280. 

Third District.
May 18, 1960.

Gillespie, Burke, and Gillespie, and Conrad Noll (Frederick H. Stone and George B. Gillespie, of counsel) for appellant; Earl S. Hodges (Samuel C. Patton, of counsel) for appellee. Opinion by JUSTICE ROETH. Not to be published in full.